UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-MJ-03125-Torres

IN RE: SEALED COMPLAINT

_____/

**SEALED ORDER**

The United States of America, having applied to this Court for an Order sealing the Complaint, arrest warrants, the Motion to Seal, and this Order, and the Court finding good cause:

**IT IS HEREBY ORDERED** that the Complaint, arrest warrants, the Motion to Seal, and this Order shall be filed under seal until the arrest of the first defendant or until further order of this Court. The United States Attorney's Office and any relevant law enforcement agency may obtain copies of the Complaint, arrest warrants, or other sealed documents for purposes of arrest, extradition, or any other necessary cause.

**DONE AND ORDERED** in chambers at Miami, Florida, this 7th day of June 2024.

_____
HONORABLE EDWIN G. TORRES
UNITED STATES CHIEF MAGISTRATE JUDGE

cc: AUSA Juan A. Gonzalez